JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE PORTER,<br><br>        Petitioner,<br><br>    vs.<br><br>E. VALENZUELA,<br><br>        Respondent. | Case No. CV 13-4195-DOC (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: October 13, 2013

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE